No. 10-8098. Arley Ceballo Gonzalez, Petitioner v. United States.

562 U.S. 1235, 131 S. Ct. 1509, 179 L. Ed. 2d 332, 2011 U.S. LEXIS 1707.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 570.